GEORGE SHEGOG, EXECUTOR (ESTATE OF DONALD PEREYRA), ET AL. *v.* GEORGE ZABRECKY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 36 Conn. App. 737 (AC 12675), is denied.

*Brendan T. Flynn,* in support of the petition.

*Norman J. Voog,* in opposition.

Decided April 3, 1995

STATE OF CONNECTICUT *v.* ANTOINE REDDICK

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 774 (AC 13335), is denied.

*John W. Steinmetz* and *Linda L. Morkan,* in support of the petition.

*Mary H. Lesser,* assistant state's attorney, in opposition.

Decided April 3, 1995

STATE OF CONNECTICUT *v.* ANONYMOUS

The town of Farmington's petition for certification for appeal from the Appellate Court, 37 Conn. App. 62 (AC 13108), is granted, limited to the following issue:

"In the circumstances of this case, was the automatic erasure of criminal records required by General Statutes § 54-142a?"

The Supreme Court docket number is SC 15229.

*Elliot B. Spector,* in support of the petition.

*Jon L. Schoenhorn,* in opposition.

Decided April 3, 1995